ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| MLS-Multinational Logistics Services, Ltd. | ) | ASBCA No.   62653 |
| | ) | |
| Under Contract No.    N68171-18-D-0003 | ) | |

APPEARANCES FOR THE APPELLANT:        Walter A. I. Wilson, Esq.
                                      Sunni R. Harris, Esq.
                                        Dinsmore & Shohl LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                    Lori K. Stibb, Esq.
                                      Trial Attorney
                                      NAVSUP Fleet Logistics Center, Bahrain

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  October 13, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62653, Appeal of MLS-Multinational Logistics Services, Ltd., rendered in conformance with the Board's Charter.

Dated:  October 13, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals